IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                      Civ. No. 20-347 KK/LF

86 FIREARMS AND APPROXIMATELY 222.24
POUNDS OF AMMUNITION,

    Defendants-in-rem,

and

CHARLES WARNER,

    Claimant.

## ORDER GRANTING *EX PARTE* MOTION FOR NUNC PRO TUNC CJA APPOINTMENT

THIS MATTER comes before the Court on *Ex Parte* Motion for *Nunc Pro Tunc* CJA Appointment, filed July 2, 2023. (Doc. 66.) In this motion, Attorney Joel R. Meyers seeks a *nunc pro tunc* appointment in this civil forfeiture case, which is a now-resolved ancillary proceeding to the criminal matter for which Mr. Meyers was appointed to represent Mr. Warner under the Criminal Justice Act (CJA). (Doc. 66 at 4.) The Court, having reviewed the motion, the *Ex Parte* Addendum to Motion for *Nunc Pro Tunc* CJA Appointment (Do. 67), and the relevant law, finds that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the *Ex Parte* Motion for *Nunc Pro Tunc* CJA Appointment (Doc. 66) is GRANTED. Mr. Meyers is hereby appointed *nunc pro tunc* pursuant to the CJA to represent Mr. Warner in this civil forfeiture case.

*/s/ Kirtan Khalsa*
_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE